**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**1100 COMMERCE STREET**
**DALLAS, TEXAS 75242**

**ADA BROWN** **214/753-2360 Chambers**
**U.S. District Judge** **214/753-2660 Facsimile**

August 19, 2026

Karen Mitchell
Clerk of Court
United States District Court
Northern District of Texas
1100 Commerce Street
Dallas, TX 75242

Re: *Patchaiappan Murugavel v. Donald Trump et al.* (3:26-cv-00812-E)
*United States of America v. Miguel Angel Depaz* (3:21-cr-00613-E-1)
*KSBD LLC et al. v. Michael Sloane, Jr. et al.* (3:25-cv-01830-E)

Dear Ms. Mitchell:

The Court hereby voluntarily and immediately recuses itself from the following styled and numbered cases:

1) *Patchaiappan Murugavel v. Donald Trump et al.* (3:26-cv-00812-E).
2) *United States of* America *v. Miguel Angel Depaz* (3:21-cr-00613-E-1).
3) *KSBD LLC et al. v. Michael Sloane, Jr. et al.* (3:25-cv-01830-E).

The Court is gravely concerned about the constitutionality and ethics of these matters and must recuse as a result of these conflicts. Please see that these three matters are assigned to another judge, without such conflicts, per the usual procedure.

**The Honorable Ada E. Brown**
**United States District Judge**